IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALVIN BRANCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 12-cv-579-MJR |
| | ) |
| VANDALIA CORRECTIONAL CENTER, | ) |
| and VICTOR DOZIER, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

On May 2, 2012, Plaintiff filed a complaint with this Court alleging §1983 violations against two defendants. The complaint did not contain allegations supporting liability under §1983 against either of the named Defendants. Therefore, the Court dismissed both Defendants and instructed Plaintiff to file an amended complaint by September 4, 2012, if he intended to proceed with this case. Despite the Court's warning that failure to file an amended complaint would result in dismissal with prejudice, Plaintiff has not filed an amended complaint.

This case is **DISMISSED** with prejudice for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk's office is directed to close the file.

**IT IS SO ORDERED.**

DATED:   September 5, 2012.

s/ Michael J. Reagan
MICHAEL J. REAGAN
U.S. DISTRICT JUDGE
